WILLARD E. NOYES, Appellant, *v.* IRVING TRUST COMPANY, as Trustee in Bankruptcy of McLELLAN STORES COMPANY, Respondent.

Argued June 9, 1937; decided July 13, 1937.

*Simon Goldman* and *Herbert Brody* for appellant.

*Inzer B. Wyatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.